# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-210
Lower Tribunal No. 19-CA-004960

_____

SFR SERVICES, LLC, a/a/o TIMOTHY SUMMERS,

Appellant,

v.

TOWER HILL PRIME INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

November 14, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellant.

C. Ryan Jones and Scot E. Samis, of Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED